IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARLON F. KELLY,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5141

Opinion filed June 9, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Andy Thomas, Public Defender, and M. J. Lord, Assistant Public Defender, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of habeas corpus is granted. Petitioner's sentence is hereby vacated, and this matter is remanded for resentencing in accordance with Hatten v. State, 203 So. 3d 142 (Fla. 2016).

     PETITION GRANTED; REMANDED.

LEWIS, B.L. THOMAS, and ROWE, JJ., CONCUR.